**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2399**

_____

CAROLINA FIRST BANK,

             Plaintiff - Appellee,

      v.

CHARLES STAMBAUGH; CAMILLA STAMBAUGH,

             Defendants - Appellants.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:10-cv-00174-MR-DLH)

_____

Submitted:  June 12, 2012           Decided:  June 14, 2012

_____

Before WILKINSON and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles L. Stambaugh, STAMBAUGH & ASSOCIATES, P.A., Jacksonville, Florida, for Appellants.  Lance P. Martin, WARD & SMITH, PA, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles and Camilla Stambaugh appeal the district court's order denying their motion for summary judgment and granting the Appellee's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. Carolina First Bank v. Stambaugh, No. 1:10-cv-00174-MR-DLH (W.D.N.C. Dec. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED